IN RE: BENDANA                                      CASE NO. 10-11113

**BANK OF AMERICA, N.A.**   CHECK NUMBER

Claim 000001, Payment 1.47%
Capital One, National Association        Barbara Rivera-Fulton, Trustee    32-1/1110 TX
PO BOX 829009                            P.O. BOX 19980                                    **1004**
Dallas, TX 75382                         New Orleans, LA 70179             DATE    AMOUNT

                                                                           09/11/11    ************4.09
Acct. 9942

**1939977**                              | CASE NUMBER | | ESTATE OF |
                                         |---|---|---|
PAY TO THE ORDER OF                      | 10-11113 | A | Debtor: BENDANA, PATRICIA E. |

United States Bankruptcy Court                         Four Dollars And 09/100
LA
500 Poydras B-601
New Orleans, LA 70130                                  *Barbara Rivera-Fulton*
                                                       RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                                       THIS CHECK VOID AFTER 90 DAYS

⑆001004⑆ ⑈111000012⑈ 4438099689⑈

                                         9/14/11
                                         DEPOSIT TO UNCLAIMED
                                         UNDER $25.00 (106000).
                                         DUE: SEE ATTACHED.

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229071    - JN
* * C O P Y * *
September 14, 2011
     12:03:39

    UNC.UNDER$25
      10-11113
Debtor.: PATRICIA E. BENDANA
Trustee: Barbara Rivera-Fulton
Amount.:           $4.09 CH
Check#.: 1004


Total-> $4.09


FROM: RIVERA FULTON
```

Date: 09/11/11                                                                                                                          Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-11113 - BENDANA, PATRICIA E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital One, National Association<br>PO BOX 829009<br>Dallas, TX 75382<br>Acct. 9942 | 000001 | 278.01 | 4.09 |
| ---------- Remittance Total --------------- | | 278.01 | 4.09 |

*Barbara Rivera Fulton*
Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1                                                                                       Printed: 09/11/11 02:23 PM   Ver: 16.02b